UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

BENJAMIN R. TREVINO

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:05mj123/MD

Waived
Defendant's Attorney

☐ THE DEFENDANT pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34 | Driving With Suspended License Without Knowledge | 4/21/05 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.  (The SMA has been paid.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | waived | $ 0.00 |

Date of Imposition of Sentence - 6/1/05

*Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 6-1-05

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 JUN -2 AM 8: 13

FILED